# FORM A

CIVIL RIGHTS COMPLAINT TO BE USED BY A *PRO SE* PRISONER
UNDER 42 U.S.C. § 1983 or
UNDER *BIVENS V. SIX UNKNOWN FED. NARCOTICS AGENTS*

Rev. 10/10

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY

**FILED**
JAMES J. VILT, JR. - CLERK
APR 11 2022
U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY

MELVIN PORTER CARSON

_____

_____

(Full name of the Plaintiff(s) in this action)

v.

CIVIL ACTION NO. 3:22-CV-193-GNS
(To be supplied by the clerk)

Cookie Crews, Commisioner, DOC

Jessie Ferguson, Warden, RCC

Thomas Harper, Major, RCC          (x) DEMAND FOR JURY TRIAL

Amanda Harper, CO, RCC              (_) NO JURY TRIAL DEMAND
                                          (Check only one)

_____

(Full name of the Defendant(s) in this action)

**Additional Page, Defendants**
I.   PARTIES

(A) **Plaintiff(s).** Place the full name of the Plaintiff in the first blank below, his/her place of confinement, address, and status. Repeat this procedure for each additional Plaintiff named, if any.

(1) Name of Plaintiff: MELVIN PORTER CARSON

Place of Confinement: Bell County Forestry Camp

Address: 560 Correctional Drive, Pineville, KY 40977

Status of Plaintiff: CONVICTED ( x ) PRETRIAL DETAINEE (__)

(2) Name of Plaintiff: N/A

Place of Confinement: N/A

Address: __N/A__

Status of Plaintiff: CONVICTED ( __ )  PRETRIAL DETAINEE ( __ )

(3) Name of Plaintiff: __N/A__

Place of Confinement: __N/A__

Address: __N/A__

Status of Plaintiff: CONVICTED ( xx )  PRETRIAL DETAINEE ( __ )

**(B) Defendant(s).** Place the full name of the Defendant in the first blank below, his/her official position title in the second blank, and his/her place of employment in the third blank. Mark the capacity in which the Defendant is being sued. Repeat this procedure for each additional Defendant named, if any.

(1) Defendant __Cookie Crews__ is employed as __Commissioner,__ at __Department of Corrections__.

The Defendant is being sued in his/her ( x ) individual and/or ( x ) official capacity.

(2) Defendant __Jessie Ferguson__ is employed as __Warden__ at __Roederer Correctional Complex__.

The Defendant is being sued in his/her ( xx ) individual and/or ( xx ) official capacity.

(3) Defendant __Thomas Harper__ is employed as __Major__ at __Roederer Correctional Complex__.

The Defendant is being sued in his/her ( XX ) individual and/or ( XX ) official capacity.

(4) Defendant __Amanda Harper__ is employed as __Correctional Officer__ at __Roederer Correctional Complex__.

The Defendant is being sued in his/her ( XX ) individual and/or ( XX ) official capacity.

2

(5) Defendant _____ is employed as _____ at _____.

The Defendant is being sued in his/her (___) individual and/or (___) official capacity.

## II. PREVIOUS LAWSUITS

(A) Have you begun other lawsuits in State or Federal court dealing with the same facts involved in this action? YES ( X ) NO ( ___ )

(B) If your answer to "A" is YES, describe the lawsuit in the spaces below. If there is more than one lawsuit, you must describe the additional lawsuits on another sheet of paper, using the same outline.

Parties to the previous lawsuit:

Plaintiff(s): MELVIN Porter CARSON

Defendant(s): LaDonna Thompson, Commissioner, DOC

Randy White, Warden, Green River Corr. Complex Et. Al

Court (if federal court, name the district. If state court, name the county):

U.S. District Court, Western District, Owensboro

Docket number: 4:12CV-P132-M

Name of judge to whom the case was assigned: Hon Joseph H. McKinley

Type of case (for example, habeas corpus or civil rights action): Civil Rights Action

Disposition (for example, Was the case dismissed? Is it still pending? Is it on appeal?): Dismissed

Approximate date of filing lawsuit: January 23, 2013

Approximate date of disposition: January 24, 2013

### III. STATEMENT OF CLAIM(S)

State here the FACTS of your case. State how you believe your constitutional rights were violated. Describe how each Defendant violated your rights. And set forth the dates on which each event took place. Do not make legal arguments or cite cases or statutes. However, identify the constitutional right(s) you allege was/were violated. If you intend to assert multiple claims, number and set forth each claim in separate paragraphs.

Commissioner Cookie Crews of the Department of Corrections continually allow Wardens and Officers at each of the institutions continue in a pattern of systematic discrimination against myself and the LGBTQ community as a whole.

Commissioner Crews was made full aware that KSP stopped transgender inmates from showering on a dailey basis, and only allowed myself and other transgender inmates to shower 3 days per week while all other inmates were allowed to shower daily. Myself and the LGBTQ Community were placed into segregation when we showered outside of those restricted days and palces. (As of July 2021).

Commissioner Cookie Crews was made full aware that KSP was illegally censoring my J-Pay videos in grievance 21-1-198- and placed into deplorable conditions in cell housing and showering conditons. And the intentional loss of personal property to perpetuate a continual harassment of myself and other LGBTQ members.

4

## III. STATEMENT OF CLAIM(S) continued

**Warden Jessie Ferguson:** of the Roederer Correctional Complex beginning in August of 2021 was made aware by the Plaintiff of being targeted not by inmates but by correctional staff.(C.O. Amanda Harper). Warden Ferguson's only remark to my letter was for me to "wait on Court Call" while ignoring being sexually harassed by officers. The officers at RCC made me so uncomfortable that I had to seek refuge with my Case Worker and Psychologist to try to get transferred away from RCC. After repeated harassment and made to fell indifferent by Correctional Staff, Plaintiff's anxiety and fears would flare out of proportion to the point RCC medical Department had no choice but to transfer Plaintiff to Bell County Forestry Camp in September of 2022.

Warden Ferguson was fully aware of the conditions and constant harassment by CO Amanda Harper and her husband Major Thomas Harper through the filing of the pREA report, and a a letter I mailed directly to her in August of 2021 advising about the targeted searches and harassment.

## III. STATEMENT OF CLAIM(S) continued

Correctional Officer Amanda Harper of Roerderer Correctional Complex embarked upon a course of Harassment once she found out I was transgender. Beginning in Mid to late July 2021 CO Harper started off flirting with me numerous times calling me "Big Sexy." This would occur in my bed area, in bath and shower room, and throughout the Unit. For about 3 weeks CO Harper was very flirtatious and extremely nice to me. However, as soon as she found out that I identified as "transgender" she then began to target me by conducting targeted bed searches which she had never done prior to finding out I was Transgender. On August 2, 2021, CO Harper conducted a targeted bed search, and again on August 4, 2021 where she illegally took my MP3 player. I informed Lt Bach about my situation surrounding CO Harper and her harassment after she found out I was transgender. Lt Bach called CO Harper and myself into a meeting to allow me to express my concerns, then a PREA investigation was initiated. Because an PREA investigation was initiated against CO Harper, her husband Major Thomas Harper began to harass me which only exasperated my anxiety through constant harasments.

5A

## III. STATEMENT OF CLAIM(S) continued

In August of 2021 during the height of the COVID-19 pandemic, and in the middle of the PREA Investigation, Major Thomas Harper came into the Dorm where I was assigned and announced that "That One" pointing directly at me "would be moving once all the negative COVID test come back (Howbeit I did not have a negative test at that time). I was moved to a different dorm where the Unit Sgt explained to me "Major Harper said to keep your ass out of the basement." I immediately felt threatened by the implication of what that meant. I felt so threatened that I immediately made an appointment with my psychologist about the comments. (The basement is where C.O. Harper was working).

The fact that I was sexually assaulted in the past by a Correctional Officer, my anxiety flared out of control and I became paranoid not knowing when either CO Harper or her husband Major Harper would come and attack me for filing a PREA report against CO Harper. I did not know when they would conduct targeted bed searches to continue a course of harrassment against me for being transgender.

5B

## IV. RELIEF

State exactly what you want the Court to do for you. (If you seek relief which affects the fact or duration of your imprisonment (for example: release from illegal detention, restoration of good time, expungement of records, release on parole), you must also file your claim under 28 U.S.C. §§ 2241, 2254 or 2255.) The Plaintiff(s) want(s) the Court to:

__xx__ award money damages in the amount of $ 2,000,000

_____ grant injunctive relief by_____

__xx__ award punitive damages in the amount of $ 1,500,000

_____ other: _____

## V. DECLARATION UNDER PENALTY OF PERJURY
(each Plaintiff must sign for him/herself)

I, the undersigned, declare under penalty of perjury that the information contained in this document is true and correct.

This __7__ day of __April__, 20__22__.

_____
(Signature of Plaintiff)

__N/A__
(Signature of additional Plaintiff)


_____
(Signature of additional Plaintiff)

I hereby certify that a copy of this complaint was delivered to the prisoner mail system for mailing on __April 7, 2022__.

_____
(Signature)

6





Melvin Carson #171912
Bell County Forestry Camp
560 Correctional Drive
Pineville, KY 40977


United States District Court
Western District at Owensboro
Federal Building
423 Frederica Street, Rm 206
Owensboro, KY 42301


**CONFIDENTIAL LEGAL MAIL**