TO: United States District Court
Western District at Louisville
Clerk of the Court
601 West Broadway, Ste 106
Louisville, KY 40202-2249

FROM: Melvin Carson #171912
Bell County Forestry Camp
560 Correctional Drive
Pineville, KY 40977

RE: Case No. 3:22-CV-P193-GNS

DATE: June 22, 2022

Clerk of the Court,

On April 7, 2022, I mailed to this Court a Petition pursuant to 42 U.S.C. §1983. Since the filing of this Petition the Court has ordered it statutory filing fees of $350.00 under an installment plan. At your earliest time and convenience, can you please send me a status report as to where my case stands? If there are any questions about my filings please contact me at the above address or call the institution at (606) 337-7065 for a conference call. I thank you in advance for your assistance in this important matter.

Thank You,

Melvin Carson #171912

Melvin Carson #171912
Bell County Forestry Camp
560 Correctional Drive
Pineville, KY 40977

3:22-CV-P193-GNS

United States District Court
Western District at Louisville
Office of the Clerk
601 West Broadway, Ste 106
Louisville, KY 40202-2249

KNOXVILLE TN 377
23 JUN 2022 PM 1 L



FILED
JAMES J. VILT, JR. - CLERK
JUN 28 2022
U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY

**CONFIDENTIAL LEGAL MAIL**

40202-224999