**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF KENTUCKY**
**LOUISVILLE DIVISION**

**MELVIN PORTER CARSON**                                                              **PLAINTIFF**

**v.**                                                        **CIVIL ACTION NO. 3:22-CV-P193-GNS**

**COOKIE CREWS** *et al.*                                                         **DEFENDANTS**

**ORDER**

By prior Order (DN 6), the Court permitted Plaintiff to proceed without prepayment of fees

pursuant to 28 U.S.C. § 1915 and to pay the $350.00 filing fee in installments.  However, after the

issuance of that Order, Plaintiff submitted a notice of change of address indicating that he had been

transferred to **LUTHER LUCKETT CORRECTIONAL COMPLEX** (DN 15).

A review of the Court's records reveals that Plaintiff still owes **$283.13** for the filing fee

for this action.  Accordingly, **IT IS FURTHER ORDERED** as follows:

1. **LUTHER LUCKETT CORRECTIONAL COMPLEX** shall collect from Plaintiff's

prison trust account the **$350.00** balance of the filing fee by collecting monthly payments from the

prison trust account in an amount equal to twenty percent (20%) of the preceding month's income

credited to the prisoner's trust account and forwarding payments to the Clerk of the Court each time

the amount in the account exceeds $10.00 in accordance with 28 U.S.C. § 1915(b)(2).  Said payment

shall be clearly identified by Plaintiff's name, Inmate Identification Number, and number assigned

to this action.

2. The institution need not issue separate checks for individual plaintiffs.  Payment may

be forwarded by the institution in a single check for all plaintiffs in its custody.  However, the

institution must clearly delineate each prisoner, his case number, his Inmate Identification Number,

and the amount to be paid on a ledger accompanying each payment from the institution.

3.  All payments shall be made payable to **Clerk, U.S. District Court** and sent to the

following address:

Office of the Clerk
United States District Court
Western District of Kentucky
601 West Broadway, Ste. 106
Louisville, Kentucky 40202-2249

Date:  October 3, 2022

ENTERED BY ORDER OF COURT:

CHIEF JUDGE GREG N. STIVERS
UNITED STATES DISTRICT COURT

JAMES J. VILT, JR., CLERK
s/ James J. Vilt, Jr.

cc:     Plaintiff, *pro se*
        Financial Section, USDC, WDKY
        LLCC, ATTN: Inmate Accounts
4416.011