UNITED STATES DISTRICT COURT WESTERN DISTRICT OF KENTUCKY LOUISVILLE DIVISION CIVIL ACTION NO. 3:22-CV-P193-GNS

MELVIN PORTER CARSON        PLAINTIFF

V.

COOKIE CREWS, et al        DEFENDANTS

FILED
JAMES J. VILT, JR. - CLERK
JAN 20 2023
U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY

## RESPONSE TO DEFENDANTS MOTION FOR SUMMARY JUDGMENT

On December 27, 2022 the Plaintiff Herein recieved a copy of the Motion For Summary Judgment. as to which was Electronically Filed on December 19, 2022 From the Defendants Counsel Mr. Mark F. Bizzell

## VENUE

This Honorble Courts Jurisdiction is best invoked Pursuant To The Honorble Federal Court of the court where the above cited case number of 3:22-CV-P193-GNS.

## RESPONSE -- GROUNDS

On Page (2) of the Motion for Sumary Judgment the atty First states that his client is entitled to "qualified immunity."

In Rebbuttal the act's where of the Defendants own individual act's not under the coller of offical compacity which is why this Honorble Court allowed the Civil Rule 1983 to Proceed so in legal terms, the Defendant can Not use qualified immunity

On Page (3) three of the Motion For Summary Judgment the wordings state that Carson was in Front of the J-Pay unit Particpating in a video call "Harper observed Carson holding what appeared to be a cigarette".

In Rebbutal that was not mentioned in the Defendants discovery and in trueth if Carson was holding a Fake ciggerat then Carson should of had that item conficated, it was not Nor is there any disciplinary Report that listed out theas events

On Page (7) of the Summary Judgment Filed with this Honorble court "Defendant Is Entitled to Qualified Immunity On Plaintiff's Fourteenth Amendment Claim Equal Protection Claim": "A Qualified Immunity." In Rebbuttal Qualified Immunity can't be Claimed Here in Because there is NO Evidence What so ever that Has Been Brung forth that the Defendant was acting under the Qualified immunity Because Harper Herein has admitted : that she was acting outside of normal "operations" of facts and this is a _individual_ taking matters into her own hands to do and say what she wants then her own colworkers investigate inmate to staff claims in truth is in it self a violation of constitutional Rights of and law of the P.R.E.A. Act this Summary Judgment is Bring forth Claims and defense's way outside of the ORDERS of this Honorble Court

(2)

Harper Had a side in the Discovery Process of the Now Civil Rule 1983 Complaint but Did not Bring Forth No evidence of her position of conduct it is only a case of "He Said She Said" but the real question is the cover up Herein by the Defendant's Attorneys Attempt to compound Newly dicoverd Deffense's to the Civil Rule 1983 Complaint this court Cited individual Compacity... During it's investigation if He would clearly see that his client had some type of infatuation. with the Plaintiff Herein As NONE of the Conduct was Not Authourized by Any shift Cpt And Repeated Searches of any inmate is considered Harrosment Pursuant cpp 9.8 of the Kentucky Corrections Policy and Proceedures but Yet No Corrections Policy's are even cited any where within the Response to the (CR)1983 OR In the Summary Judgment Because correction Policy are totally aginst the conduct by the Defendant Herein (Harper) the investigation Was Not even done Correctly in accordance. with the Prea standars. It is respect fully asked at this Time that the Motion for Summary Judgment Be dissmissed and or Set the matter for a Full Trial Under the Standards of this Honorble Court. as the Affidavit Attached to the Summary Judgment are swarement without Authentication statments there in.

MELVIN P. CARSON # 171912
L.L.C.C.
P.O. Box L
Lagrange. KY. 40031

(3)

## CERTIFICATE OF SERVICE

I Hereby certify that a true and correct copy of the Response to the defendants Motion for Summary Judgment was mailed to the follow Party to the action with Postage Pre-Paid on this day of Jan 17, 2023       2023

Mark F. Bizzell, Esq  
Justice And Public Safety Cabinet  
125 Holmes Street, 2nd Floor  
Frankfort, KY. 40601

_/s/ Melvin Carson_  
MELVIN   CARSON # 171912  
L.L.C.C.  
P.O. Box 6  
Lagrange, KY. 40031

## NOTICE

I Hereby give Notice that the foregoing Response to the Defendants Motion for Summary Judgment was mailed to the Following Party to the action with Postage Pre-Paid on this Day of January 17, 2023.

Mark F. Bizzell, esq.  
Justice And Public Safty Cabinet  
125 Holmes Street 2nd Floor  
Frankfort, KY. 40601

_/s/ Melvin Carson_  
MELVIN   CARSON #171912  
L.L.C.C.  
P.O. Box 6  
Lagrange, KY. 40031

Mr. Melvin P. Carson #774142
L.L.C.C. 7-C-B-143
Dawkins Rd, Box 6
LaGrange KY 40031

CN 3:22-cv-00193-GNS

LOUISVILLE KY 400
13 JAN 2023 PM 2 L

Office of the Clerk
United States District Court
Room 126 Federal Building
423 Frederica St
Owensboro, KY 42301-3013