**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF KENTUCKY**
**LOUISVILLE DIVISION**

**MELVIN PORTER CARSON**                                                                    **PLAINTIFF**

**v.**                                                              **CIVIL ACTION NO.  3:22-CV-P193-JHM**

**COOKIE CREWS** *et al.*                                                                    **DEFENDANTS**

## JUDGMENT

For the reasons stated in the Court's Memorandum Opinion and Order entered this date,

**IT IS HEREBY ORDERED** that judgment be entered in favor of Defendant.

**IT IS FURTHER ORDERED** that this action is **DISMISSED**.

There being no just reason for delay in its entry, this is a final Order.

The Court further **certifies** that an appeal of this action would not be taken in good faith.

*See* 28 U.S.C. § 1915(a)(3).

Date:  August 30, 2023

                                        Joseph H. McKinley Jr., Senior Judge
                                        United States District Court

cc:      Plaintiff, *pro se*
         Counsel of Record
4414.011